IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01346-WDM-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

$37,690.00 IN UNITED STATES CURRENCY,

Defendant.

_____

**ORDER**

_____

The parties appeared this morning for a status conference.  Consistent with matters

discussed at the status conference:

IT IS ORDERED that a scheduling conference is set for **December 13, 2007, at 1:00**

**p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street,

Denver, Colorado.  The parties shall prepare a proposed scheduling order in the form of

D.C.COLO.LCivR Appendix F and submit it to the court on or before **December 6, 2007**.

IT IS FURTHER ORDERED that a settlement conference will be held on **December 13,**

**2007, at 1:00 p.m.**  All settlement conferences that take place before the magistrate judge shall be

confidential.  Pro se parties, attorneys, and client representatives with full authority to settle the

case must be present at the settlement conference in person.  (NOTE: This requirement is not

fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor with

full authority to settle must also be present.)  Each party shall submit a confidential settlement

statement on or before **December 6, 2007**, outlining the facts and issues and containing a specific

offer of compromise, including a dollar amount the client will accept or pay in settlement and any

other essential terms of a settlement.

Dated October 9, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge