IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01346-WDM-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

$37,690.00 IN UNITED STATES CURRENCY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Scheduling Conference-Verbal Settlement** [docket no. 14, filed December 6, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference and Settlement Conference set for December 13, 2007, is **VACATED**.

IT IS FURTHER ORDERED a Settlement Agreement and then a Motion for Final Order of Forfeiture, to be filed on or before **March 4, 2008**.


DATED: December 6, 2007